

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00342-CV

IN RE R.H., Relator

§  Original Proceeding

§  43rd District Court of Parker County, Texas

§  Trial Court No. CV18-1157

§  December 31, 2020

Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its order denying the motion to transfer venue, and in its stead, to issue an order severing and transferring the suit as to B.M.H. to Tarrant County. Our writ will issue only if the trial court fails to comply.

It is further ordered that Real Party in Interest K.H. must pay all costs of this proceeding.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
     Justice Elizabeth Kerr